PURDY, Respondent, v. BLAIN. Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by James Garfield Purdy against Thomas J. Blain. No opinion. Order affirmed, with $10 costs and disbursements.

RANSOME CONCRETE MACHINERY CO., Respondent, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by the Ransome Concrete Machinery Company against Charles W. McDonald and others. M. J. Joyce, for appellants. A. O. Townsend, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re RATEAU SALES CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of the Rateau Sales Company. C. A. Brodek, for appellant. W. B. Robinson, for respondent. No opinion. Order (129 N. Y. Supp. 445) affirmed, with $10 costs and disbursements. Order filed.

In re RATEAU SALES CO. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Rateau Sales Company. W. B. Robinson, for appellant. C. A. Brodek, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RAUSCHKOLB v. PALLADINO et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Abraham Rauschkolb against Antonio Palladino, etc., and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

RAUSCHKOLB v. PALLADINO 'et al. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Action by Blanche Rauschkolb against Antonio Palladino and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

In re READ. (Supreme Court, Appellate Division, First Department. June 23, 1911.) In the matter of Martha M. Read. James Gillin, for appellant. J. G. Pheil, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.
INGRAHAM, P. J., and SCOTT, J., dissent.

REALTY ASSOCIATES v. REALTY INVESTIGATORS' CORPORATION et al. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by the Realty Associates against the Realty Investigators' Corporation and others. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

REHILL, Respondent, v. SCHIRMER, Appellant. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Kate E. Rehill against Max Schirmer. No opinion. Order of the County Court of Westchester county, denying defendant's motion for a new trial, affirmed, with costs. See, also, 140 App. Div. 891, 125 N. Y. Supp. 1141.

REQUA v. BOARD OF EDUCATION OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by Mary A. Requa against the Board of Education of the City of New York. M. A. Requa, for relator. C. McIntyre, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

RICHARDS v. BOARD OF EDUCATION OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by P. Devereux Richards against the Board of Education of the City of New York. No opinion. Motion denied, with $10 costs. Order filed.

RICHARDS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. July 27, 1911.) Action by Edward A. Richards against the City of New York. No opinion. Order affirmed, without costs.

RICHARDSON v. BUFFALO, R. & P. R. CO. (Supreme Court, Appellate Division, Fourth Department. July 11, 1911.) Action by Charles Richardson against the Buffalo, Rochester & Pittsburgh Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs.

RIVERSIDE DRIVE APARTMENTS v. LA BLUM. (Supreme Court, Appellate Division, First Department. June 23, 1911.) Action by the Riverside Drive Apartments against Albert La Blum. With this case has been consolidated in this court cases bearing titles as follows: Myrtle C. Heywood v. Henry L. Doherty, two cases (see, also, 129 N. Y. Supp. 507); New York Consolidated Card Co. v. William J. Warren, two cases; Joseph Libman v. Montague D. Cohen et al., two cases (see, also, 69 Misc. Rep. 312, 125 N. Y. Supp. 488); Paul R. G. Horst v. Oceanic Steam Navigation Company; Charles L. Craig v. Howard C. Conkling; Matt J. Ward v. Minnie E. Fritz, two cases (see, also, 129 N. Y. Supp. 399); Isaac Goldstein v. Godfrey Co., two cases (see, also, 70 Misc. Rep. 235, 126 N. Y. Supp. 622); Frank Butler v. William Hauptmann; Edgar S. Gallavan v. Frank E. Malone, two cases; J. & G. Lippman v. Delaware, Lackawanna & Western Railroad Company; John J. Daly v. Benjamin Lowenstein (see, also, 129 N. Y. Supp. 25); Marie Friedlander v. Nathan Citron et al. (see, also, 129 N. Y. Supp. 427); Harry Semansky v. James Archibald (see, also, 126 N. Y. Supp. 385); John Tevis v. Illinois Surety Co.; New York Edison Co. v. Ike Katz. No opinions. Applications denied, with $10 costs in each case. Orders signed and filed.